UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KMAN HALLUCKY,<br><br>　　　　　　　　Petitioner,<br>　　v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>　　　　　　　　Respondent. | CASE NO. 2:23-CV-1256-JNW-DWC<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

　　　This is a 28 U.S.C. § 2241 immigration habeas action.  Petitioner has applied to proceed *in forma pauperis*.  The application demonstrates that petitioner is unable to afford the $5.00 filing fee.  Accordingly, petitioner's *in forma pauperis* application (Dkt. 1) is GRANTED.  The Clerk is directed to file petitioner's habeas petition without the prepayment of fees and to send a copy of this Order to petitioner.

　　　Dated this 28th day of August, 2023.

　　　　　　　　　　　　　　　　　　　　　/s/ David W. Christel
　　　　　　　　　　　　　　　　　　　　　David W. Christel
　　　　　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1